UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ISMAR MALAKAJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:22-cv-1089-MPB-MG |
| | ) |
| FOGO DE CHAO CHURRASCARIA (INDIANAPOLIS) LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and being duly advised in the premises hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff Ismar Malakaj against Defendant Fogo De Chao Churrascaria (Indianapolis) LLC, in the above-captioned case is hereby dismissed with prejudice with each party to bear his or its own fees and costs.

SO ORDERED this 17th day of July, 2023.

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel
of record via e-mail generated
by the Court's ECF system.